IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ROXANNE ADAMS, ADMINISTRATOR OF THE ESTATE OF JAMYCHEAL M. MITCHELL Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:16cv229 |
| NAPHCARE, INC. et al., | ) ) ) |
| Defendants. | ) |

## **DEFENDANT NAPHCARE, INC.'S ANSWER TO COMPLAINT**

Defendant NaphCare, Inc., ["NaphCare"], by counsel, for its Answer to the Complaint filed by Roxanne Adams, Administrator of the Estate of Jamycheal M. Mitchell, Deceased, ["Plaintiff"], respectfully states as follows:

1. For Paragraphs 1-266, NaphCare adopts and incorporates by reference any admission made by its Defendant employees: Renee Edwards, LCSW, Justin Ray, NP-Psych, BenedictNgwa, NP, Pam Johnson, RN, Natalya Thomas, RN, HSA, Jalessa Rivers, LPN, Hope Nicholson, MA and Doris Murphy, MSW, and Nsekenene Kolongo, MD.

2. To the extent each of its Defendant employees have denied allegations in Paragraphs 1-266 unanimously, NaphCare denies those allegations as well.

3. To the extent that its Defendant employees provide conflicting responses to Paragraphs 1-266, they are to be treated, pursuant to Fed. R. Civ. P. 8(b)(5) as though NaphCare lacks knowledge or information sufficient to form a belief about the truth of an allegation which has the effect of a denial.

## **AFFIRMATIVE DEFENSES**

1. NaphCare denies that it breached the standard of care, or any of the decedent's constitutional, common law, or statutory rights.

2. NaphCare denies that the Plaintiff is entitled to a judgment against him in any amount.

3. NaphCare denies that denies that it is indebted to the Plaintiff in any amount.

4. NaphCare denies that any act or omission on its part was a breach or violation of any duty owed to the Plaintiff or the Plaintiff's decedent.

5. NaphCare denies acting with willful or wanton disregard toward the Plaintiff's decedent, and further avers that Plaintiff has failed to state a claim for gross negligence against him.

6. NaphCare denies acting with willful or wanton disregard toward the Plaintiff's decedent, and further avers that Plaintiff has failed to state a claim for punitive damages against him.

7. NaphCare avers that harm/damages/injuries to Plaintiff's decedent are the result of superseding, intervening causes and/or acts or omissions by third parties.

8. NaphCare avers that harm/damages/injuries to Plaintiff's decedent are the result of Mitchell's failure to mitigate.

9. NaphCare avers that it may not be held liable for punitive damages assessed to its employees.

10. NaphCare reserves the right to raise any other affirmative defenses which become known in the course of discovery.

Defendant demands a jury trial on all issues raised in the Complaint so triable.

WHEREFORE, having fully answered the Complaint, NaphCare respectfully requests that this Court enter judgment in its favor and against Plaintiff.

Respectfully submitted,

**NAPHCARE, INC.**

/s/
Edward J. McNelis, III, VSB No. 34003
Grace Morse-McNelis, VSB No. 75957
Christopher F. Quirk, VSB No. 88238
Rawls, McNelis + Mitchell, PC
211 Rocketts Way, Suite 100
Richmond, VA  23231
(804) 344-0038 (phone)
(804) 782-0133 (fax)
emcnelis@rawlsmcnelis.com
gmorsemcnelis@rawlsmcnelis.com
cquirk@rawlsmcnelis.com
*Counsel for Defendants NaphCare, Inc., Renee Edwards, LCSW, Justin Ray, NP-Psych, Benedict*
*Ngwa, NP, Pam Johnson, RN, Natalya Thomas, RN, HSA, Jalessa Rivers, LPN, Hope Nicholson, MA and Doris Murphy, MSW, and Nsekenene Kolongo, MD*

Case 2:16-cv-00229-RBS-LRL Document 99 Filed 08/15/16 Page 3 of 5 PageID# 1698

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq.
The Krudys Law Firm, PLC
Sun Trust Center
919 East Main Street, Suite 960
Richmond, VA 23219
mkrudys@krudys.com
*Counsel for Plaintiff*

Ryan Furgurson, Esq.
Gregory F. Holland, Esq.
Setliff & Holland, P.C.
4940 Dominion Boulevard
Glen Allen, Virginia 23060
rfurguson@setliffholland.com
gholland@setliffholland.com
*Counsel for Defendant Gail Hart*

Jeff W. Rosen, Esq.
Jeffrey A. Hunn, Esq.
Pender & Coward
222 Central Park Ave.
Virginia Beach, VA 23462
jrosen@pendercoward.com
jhunn@pendercoward.com
*Counsel for Defendants Hampton Roads Regional Jail Authority, Hampton Roads Regional Jail, David Simons, Eugene Taylor, III, Officer Gibbs, Officer Hilliard, Officer Howard, Officer Keister, Officer Powell, MJO Smith, MJO Johnson, Sgt. T. Phillips, Sgt. Tamara Everett, Lt. Roderick Madison, Capt. Felicia Cowan*

Nicholas F. Simopoulous, Esq.
Alexander K. Page, Esq.
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Nsimopoulos@oag.state.va.us
Apage@oag.state.va.us
*Counsel for Defendants Lenna Jo Davis and Kelly N. Boyd*

David P. Corrigan, Esq.
Jeremy D. Capps, Esq.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Counsel for Defendant Debra K. Ferguson*

Mark Richard Colomell, Esq.
William W. Tunner, Esq.
Michael G. Matheson, Esq.
William D. Prince, IV, Esq.
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
mcolombell@t-mlaw.com
wtunner@t-mlaw.com
mmatheson@t-mlaw.com
wprince@t-mlaw.com
*Counsel for Defendants Officer Dale Barnes, Officer Blakely, Officer Bourne, Derrick Brown, Officer Butcher, MJO Dixon, Sgt. William A. Epperson, Officer Whitaker, Sgt. Steven W. Whitehead, and Lt. Reginald Whitehead*

                                            /s/
Edward J. McNelis, III, VSB No. 34003
Grace Morse-McNelis, VSB No. 75957
Christopher F. Quirk, VSB No. 88238
Rawls, McNelis + Mitchell, PC
211 Rocketts Way, Suite 100
Richmond, VA 23231
(804) 344-0038 (phone)
(804) 782-0133 (fax)
emcnelis@rawlsmcnelis.com
gmorsemcnelis@rawlsmcnelis.com
cquir@rawlsmcnelis.com
*Counsel for Defendants NaphCare, Inc., Renee Edwards, LCSW, Justin Ray, NP-Psych, Benedict Ngwa, NP, Pam Johnson, RN, Natalya Thomas, RN, HSA, Jalessa Rivers, LPN, Hope Nicholson, MA and Doris Murphy, MSW, and Nsekenene Kolongo, MD*

5