UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

ROXANNE ADAMS, ADMINISTRATOR OF
THE ESTATE OF JAMYCHEAL M. MITCHELL,
Deceased,

      Plaintiff,

v.

NAPHCARE, INC., *et al.*,

      Defendants.

Case No. 2:16-cv-229

## PLAINTIFF'S MOTION FOR LEAVE TO FILE
## SECOND NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW Plaintiff Roxanne Adams, Administrator of the Estate of Jamycheal M. Mitchell, Deceased, by counsel, and, for the reasons detailed in her Memorandum in Support filed herewith, respectfully requests that the Court grant her leave to file the Second Notice of Supplemental Authority, including exhibits thereto, that are attached to her Memorandum in Support, and accept the same as filed as of the date of this Motion, and grant such other and further relief as the Court may deem just and proper.

                        Respectfully submitted,

                        ROXANNE ADAMS, ADMINISTRATOR
                        OF THE ESTATE OF JAMYCHEAL M.
                        MITCHELL, DECEASED

                        By: _____/s/_____
                                Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:     (804) 381-4458
Email: mkrudys@krudys.com

John F. Preis (VSB# 45764)
7719 Rock Creek Rd.
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

*Counsel for Plaintiff Roxanne Adams, Administrator of the Estate of Jamycheal M. Mitchell, Deceased*

**Certificate of Service**

I hereby certify that on this 21st day of August 2018, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of the filing to the following:

Gregory F. Holland, Esq.
Dov Szego, Esq.
Setliffe & Holland, P.C.
4940 Dominion Boulevard
Glen Allen, Virginia 23060
gholland@setliffholland.com; DSzego@setlifflaw.com
*Counsel for Defendant Hart*

Jeff W. Rosen, Esq.
Lisa Ehrich, Esq.
Jeffrey Hunn, Esq.
Pender & Coward
222 Central Park Ave., Suite 400
Virginia Beach, VA 23462
jrosen@pendercoward.com; lehrich@pendercoward.com
jhunn@pendercoward.com
*Counsel for Defendants HRRJA, HRRJ, Supt. Simons, Asst. Supt. Taylor, Officer Gibbs, Officer Hilliard, Officer Keister, Officer Powell, MJO Smith, MJO Johnson, Sgt. Everette, Sgt. Phillips, Lt. Madison, Capt. Cowan*

Edward J. McNelis, III, Esq.
Grace Morse-McNelis, Esq.
Christopher F. Quirk, Esq.
Sands Anderson
P.O. Box 1998
Richmond, VA 23218
EMcNelis@sandsanderson.com; CQuirk@sandsanderson.com
GMorseMcNelis@sandsanderson.com
*Counsel for Defendants NaphCare; Kolongo, MD; Edwards, LCSW; Ray, NP-Psych; Ngwa, NP; Johnson, RN; Thomas, RN, HSA; Rivers,LPN; Nicholson, MA; Murphy, MSW*

Nicholas F. Simopoulous, Senior Assistant Attorney General
Alexander K. Page, Assistant Attorney General
Marshall H. Ross, Esq., Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Nsimopoulos@oag.state.va.us; Apage@oag.state.va.us

MRoss@oag.state.va.us
*Counsel for Defendant Boyd*

David P. Corrigan, Esq.
Jeremy D. Capps, Esq.
Leslie A. Winneberger, Esq.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
dcorrigan@hccw.com; jcapps@hccw.com; lwinneberger@hccw.com
*Counsel for Defendant Ferguson*

William W. Tunner, Esq.
Mark R. Colombell, Esq.
Michael G. Matheson, Esq.
William D. Prince, IV, Esq.
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
wtunner@t-mlaw.com; mcolombell@t-mlaw.com
mmatheson@t-mlaw.com; wprince@t-mlaw.com
*Counsel for Defendants Officer Barnes, Officer Blakely, Officer Bourne, Officer Brown, Officer Butcher, MJO Dixon, Sgt. Epperson, Officer Whitaker, Sgt. S. Whitehead, and Lt. R. Whitehead*

        /s/
Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com

*Counsel for Plaintiff Roxanne Adams,
Administrator of the Estate of
Jamycheal M. Mitchell, Deceased*