IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ROXANNE ADAMS, ADMINISTRATOR
OF THE ESTATE OF JAMYCHEAL
MITCHEL, Deceased,

       Plaintiffs,

v.                                 Civil Action No. 2:16-cv-229

NAPHCARE, INC. et al.,

       Defendants.

## MOTION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT

NOW COME defendants Hampton Roads Regional Jail Authority ("HRRJA"), David L. Simons, Eugene Taylor, III, Roderick D. Madison, Felicia Cowan, Christopher Gibbs, William Hilliard, Robert Keister, Joseph Powell, David Smith, Joseph Johnson, Tamara Everette, Stephen Phillips, Dale Barnes, Stephano Blakely, Sylvester Bourne, Derrick Brown, Doncosta Butcher, Curtis Dixon, William A. Epperson, Robert Whitaker, Steven W. Whitehead, Reginald Whitehead, Debra K. Ferguson, Gail Hart, Kelly Boyd, and Naphcare, Inc (hereinafter collectively referred to as the "Defendants"), by counsel, and pursuant to Virginia Code § 8.01-55 and Fed. R. Civ. P. 41 and move the court to approve the compromise settlement negotiated by the parties as follows:

1.      On August 19, 2015, 24-year old Mr. Jamychael M. Michell ("Mitchell") was pronounced dead by EMS after being encountered by EMS not breathing and without a pulse while incarcerated at Hampton Roads Regional Jail ("HRRJ").

2.      The plaintiff Roxanne Adams (hereinafter referred to as "Adams" or Plaintiff") duly qualified on October 19, 2015 as Administrator of the Estate of Jamychael M. Mitchell,

Deceased, in the Circuit Court of City of Portsmouth, under the provisions of Virginia Code §
64.2-454

3.    Plaintiff filed this action for damages under 42 U.S.C. §1983, as well as for
damages under the Virginia Wrongful Death Act, Va. Code §8.01-50 *et. seq.* alleging various
claims against the Defendants, which allegations were denied by the Defendants in their pleadings
filed

4.    The Defendants, without admitting any liability, and distinctly denying such, have
offered to compromise the claims of Plaintiff arising from the injuries to and the death of Mitchell.

5.    The total combined settlement offer from the Defendants is Three Million Dollars
($3,000,000.) and the Plaintiff has agreed to accept this sum in full and final settlement of all
claims.

6.    The statutory beneficiaries pursuant to Virginia Code § 8.01-53 are:

Sonia Adams- mother of Jamycheal Mitchell
Michael Mitchell - father of Jamycheal Mitchell

Half-sibling of Jamycheal Mitchell through shared mother Sonia Adams:
Jasmine Adams

Half-siblings of Jamycheal Mitchell through shared father Michael
Mitchell, according to Michael Mitchell:
Lance Tucker
Laquette Miles
Michael Miles
Shavonne Miles
Shewanda Miles
Jamie Miles

7.    The statutory beneficiaries are unable to reach an agreement as to the manner in
which the settlement proceeds should be divided amongst themselves. See attached Notice filed
by counsel for the plaintiff marked as Exhibit 1.

8.     The Plaintiff and Defendants agree that said compromise is fair and reasonable to all parties.

9.     That upon making the payment referenced in paragraphs 5 above, the Defendants will be released from any and all liability and claims arising from the injuries to and the death of Mitchell and that this matter be dismissed with prejudice as to the Defendants.

10.    The Defendants ask that the court hold a separate, second evidentiary hearing to determine the manner in which the proceeds of the settlement are to be distributed to the statutory beneficiaries. See attached Exhibit 1.

Wherefore, the Defendants, by counsel, respectfully request that the Court convene a hearing for the entry of an Order to approve this settlement, that all Defendants be dismissed with prejudice, that a second evidentiary hearing be convened without the required attendance of the Defendants to determine the manner in which the proceeds of this settlement are to distributed among the statutory beneficiaries, and other such relief as the court deems necessary and appropriate.


Respectfully submitted,

By Counsel


/s/ _____
William W. Tunner (VSB No.: 38358)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6251
Fax: (804) 780-1813
wtunner@t-mlaw.com
*Counsel for Defendants Dale Barnes, Stephano Blakely, Sylvester Bourne, Derrick Brown, Doncosta Butcher, Curtis Dixon, William A. Epperson, Robert Whitaker, Steven W. Whitehead, and Reginald Whitehead*

3

By Counsel:

/s/ _____
Edward J. McNelis, III, Esq.
Christopher F. Quirk, Esq.
Ruth T. Griggs, Esq.
Justin W. Ward, Esq.
SANDS ANDERSON PC
Post Office Box 1998
Richmond, VA 23218-1998
EMcNelis@SandsAnderson.com
cquirk@sandsanderson.com
rgriggs@sandsanderson.com
jward@sandsanderson.com
Counsel for Defendant Naphcare, Inc


By Counsel

/s/ _____
Jeff W. Rosen, Esq.
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462
jrosen@pendercoward.com
Counsel for Defendants HRRJA, HRRJ, Supt. Simons, Asst. Supt. Taylor, Officer Gibbs, Officer
Hillard, Officer Keister, Officer Powell, MJO Smith, JMO Johnson, Sgt. Everette, Sgt. Phillips,
Lt. Madison, Capt. Cowan


By Counsel:

/s/ _____
David P. Corrigan, Esq.
Leslie A. Winneberger, Esq.
Douglas E. Pittman, Esq.
Harman Claytor Corrigan & Wellman
P O Box 70280
Richmond, VA 23255
Phone 747-5200
dcorrigan@hccw.com
lwinneberger@hccw.com
dpittman@hccw.com
Counsel for Debra K. Ferguson

4

By Counsel

/s/_____
Gregory F. Holland, Esq.
Dov M. Szego, Esq.
Setliff Law, P.C.
4940 Dominion Boulevard
Glen Allen, VA 23060
Phone 377-1275; Fax 377-1295
gholland@setlifflaw.com
dszego@setlifflaw.com
*Counsel for Gail Hart*



By Counsel

/s/_____
Marshall H. Ross, Esq.
Alexander K. Page, Esq.
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Mross@oag.state.va.us
Apage@oag.state.va.us
*Counsel for Defendant Kelly N. Boyd*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Mark J. Krudys, Esq.
The Krudys Lar Firm, PLC
Suntrust Center
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804)774-7950
Fax: (804) 381-4458
mkrudys@krudys.com
*Counsel for Plaintiff*

By:  /s/
          William W. Tunner, Esq. (VSB #38358)
          ThompsonMcMullan, P.C.
          100 Shockoe Slip
          Richmond, VA 23219
          Phone (804) 698-6205
          Fax: (804) 780-1813
          wtunner@t-mlaw.com

6

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

ROXANNE ADAMS, ADMINISTRATOR OF
THE ESTATE OF JAMYCHEAL M. MITCHELL,
Deceased,

        Plaintiff,

                                  Case No. 2:16-cv-229

v.

NAPHCARE, INC., *et al.*,

        Defendants.

## PLAINTIFF'S NOTICE

Plaintiff Roxanne Adams, Administrator of the Estate of Jamycheal M. Mitchell, Deceased, by counsel, respectfully makes the following Notice to the Court:

1.      This Notice will inform the Court of the status of the settlement and related wrongful-death approval process. A portion of the settlement required the Governor's approval (and, prior to his approval, approval by various other Commonwealth employees). The undersigned now understands that the Governor has approved the settlement. Additionally, the two groups of settling defendants are either prepared, or will soon be prepared, to disburse settlement funds.

2.      However, there is not unanimity among the statutory beneficiaries ("Beneficiaries") as to how the settlement proceeds should be apportioned among themselves. As a result, an evidentiary hearing will be needed on the issue. The undersigned anticipates that as many as 11 witnesses will testify and be cross-examined regarding the relationships between the Beneficiaries and the decedent, Jamycheal Mitchell. To facilitate that process, the undersigned has provided to counsel for the Beneficiaries transcripts of each Beneficiary's deposition testimony in the matter.

3.      On two occasions, the undersigned has sought available hearing dates for the Beneficiaries.  Two of the beneficiaries are represented by Virginia counsel.  The remaining seven Beneficiaries are represented by Louisiana counsel.  (One of these Beneficiaries previously declined to have his deposition taken in the matter.)  The foregoing Virginia counsel has provided his available hearing dates, which are in late January and early February 2019.  The Louisiana counsel has provided his hearing dates, which are in late February; he indicated that he was not available on any of the dates proposed by Virginia counsel.

4.      When the undersigned has previously handled a wrongful-death settlement in which there was not unanimity among the parties, he divided the process into two parts – a hearing to approve the settlement, attorney's fees, and costs, and a second hearing related to the apportionment of the remaining proceeds among the statutory beneficiaries.  Bifurcating the forgoing matters into two issues allowed the affected defense counsel to avoid attendance at the second hearing, permitted the expeditious payment of counsel, and permitted the beneficiaries time to adequately prepare and present their cases.  The undersigned will, of course, follow whichever process the Court prefers.

Respectfully submitted,

ROXANNE ADAMS, ADMINISTRATOR
OF THE ESTATE OF JAMYCHEAL M.
MITCHELL, DECEASED


By: _____/s/  Mark J. Krudys_____
                    Counsel


Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com
Web:   www.krudys.com

John F. Preis (VSB# 45764)
7719 Rock Creek Rd.
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

*Counsel for Plaintiff Roxanne Adams, Administrator of the Estate of
Jamycheal M. Mitchell, Deceased*

3

**Certificate of Service**

I hereby certify that on this 9th day of January 2019, I will electronically file the

foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a

notification of the filing to all counsel of record:

Gregory F. Holland, Esq.
Dov Szego, Esq.
Setliffe & Holland, P.C.
4940 Dominion Boulevard
Glen Allen, Virginia 23060
gholland@setliffholland.com; DSzego@setlifflaw.com
*Counsel for Defendant Hart*

Jeff W. Rosen, Esq.
Jeffrey Hunn, Esq.
Pender & Coward
222 Central Park Ave., Suite 400
Virginia Beach, VA 23462
jrosen@pendercoward.com; jhunn@pendercoward.com
*Counsel for Defendants HRRJA, HRRJ, Supt. Simons, Asst. Supt. Taylor, Officer Gibbs, Officer Hilliard, Officer Keister, Officer Powell, MJO Smith, MJO Johnson, Sgt. Everette, Sgt. Phillips, Lt. Madison, Capt. Cowan*

Edward J. McNelis, III, Esq.
Grace Morse-McNelis, Esq.
Christopher F. Quirk, Esq.
Ruth T. Griggs, Esq.
Sands Anderson
P.O. Box 1998
Richmond, VA 23218
EMcNelis@sandsanderson.com; CQuirk@sandsanderson.com
GMorseMcNelis@sandsanderson.com; RGriggs@sandsanderson.com
*Counsel for Defendants NaphCare; Kolongo, MD; Edwards, LCSW; Ray, NP-Psych; Ngwa, NP; Johnson, RN; Thomas, RN, HSA; Rivers,LPN; Nicholson, MA; Murphy, MSW*

Alexander K. Page, Assistant Attorney General
Marshall H. Ross, Esq., Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Apage@oag.state.va.us; MRoss@oag.state.va.us
*Counsel for Defendant Boyd*

4

David P. Corrigan, Esq.
Jeremy D. Capps, Esq.
Leslie A. Winneberger, Esq.
Douglas E. Pittman, Esq.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
dcorrigan@hccw.com; jcapps@hccw.com
lwinneberger@hccw.com; dpittman@hccw.com
*Counsel for Defendant Ferguson*

William W. Tunner, Esq.
Mark R. Colombell, Esq.
Michael G. Matheson, Esq.
William D. Prince, IV, Esq.
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
wtunner@t-mlaw.com; mcolombell@t-mlaw.com
mmatheson@t-mlaw.com; wprince@t-mlaw.com
*Counsel for Defendants Officer Barnes, Officer Blakely, Officer Bourne, Officer Brown, Officer Butcher, MJO Dixon, Sgt. Epperson, Officer Whitaker, Sgt. S. Whitehead, and Lt. R. Whitehead*


I will then also send the foregoing pleading and a notification of such filing (NEF) to the

following via Email and First Class Mail:

Michael Goodove, Esq.
Swartz, Taliaferro, Swartz, & Goodove
220 West Freemason Street
Norfolk, Virginia 23510
mike@goodove.com
*Counsel for beneficiaries Sonia Adams and Jasmine Adams*

Anthony Lewis, Esq.
Law Office of Anthony P. Lewis
307 St. Philip Street
Thibodaux, LA 70301
attyalewis17318@aol.com
*Counsel for beneficiaries Michael Mitchell, Lance Tucker, Laquette Miles, Michael Miles, Shavonne Miles, Shewanda Miles, and Jamie Mitchell*

/s/  Mark J. Krudys

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com

*Counsel for Plaintiff Roxanne Adams,*
*Administrator of the Estate of*
*Jamycheal M. Mitchell, Deceased*

6