IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| ROXANNE ADAMS, ADMINISTRATOR OF THE ESTATE OF JAMYCHEAL M. MITCHELL, deceased | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 2:16cv229 |
| NAPHCARE, INC., *et al.* | ) | |
| Defendants. | ) | |

**LOUISIANA AND TEXAS STATUTORY BENEFICIARIES' AMENDED MEMORANDUM IN SUPPORT OF DISTRIBUTION OF SETTLEMENT OF PROCEEDS**

COME now the Statutory Beneficiaries listed below and, pursuant to this Court's Order of March 26, 2019, submit this Amended Memorandum[1] In Support of their proposed distribution of the settlement proceeds in this wrongful death case.

**BACKGROUND**

Jamycheal M. Mitchell was born on April 19, 1991 in Thibodaux, Louisiana. His parents, Sonia Adams and Michael Mitchell were never married.

On August 19, 2015, Jamycheal M. Mitchell, died while incarcerated at Hampton Roads Regional Jail ("HRRJ"). As a result of his death, his maternal aunt, Roxanne Adams, qualified as Administrator of Jamycheal Mitchell's estate and filed suit against various defendants pursuant to

[1] This memorandum is amended (i) to specifically include the deposition excerpts referenced herein as proposed exhibits and to attach them to this brief and (ii) to correct a few typos in the original memorandum.

42 U.S.C. Sect. 1983, as well as claims pursuant to Virginia's wrongful-death and survival claims statutes.

Prior to the trial of the above-referenced lawsuit, the Administrator and all defendants settled the plaintiff's claims.

On March 13, 2019, an Order was entered by the Court approving the wrongful death settlement in this matter in the amount of $3,000,000.00 Dollars. After costs and attorney's fees were ordered paid, the remaining settlement proceeds total $ 1,938,314.23.

A Distribution Hearing is scheduled in this matter for May 16, 2019 at 11:00 a.m., and, in preparation for the Hearing, the following Memorandum has been prepared on behalf of the Statutory Beneficiaries residing in the states of Louisiana and Texas.

The Statutory beneficiaries of Jamycheal M. Mitchell are as follows:

1. Sonia Adams (Mother of Jamycheal M. Mitchell);
2. Michael Mitchell (Father of Jamycheal M. Mitchell);
3. Lance Tucker (half-brother, through their shared father, Michael Mitchell);
4. Shewanda Miles (half-sister, through their shared father, Michael Mitchell);
5. Shavonne Miles (half-sister, through their shared father, Michael Mitchell);
6. Michael Mitchell Miles (half-brother, through their shared father, Michael Mitchell);
7. Laquette Monique Miles (half-sister, through their shared father, Michael Mitchell);
8. Jamie Anthony Miles (half-brother, through their shared father, Michael Mitchell);
9. Jasmine R. Adams (half-sister, through their shared mother, Sonia Adams);

**LOUISIANA AND TEXAS STATUTORY BENEFICIARIES:**

The Louisiana and Texas Statutory Beneficiaries are as follows:

1. Michael Mitchell (Father of Jamycheal M. Mitchell);
2. Lance Tucker (half-brother, through their shared father, Michael Mitchell);
3. Shewanda Miles (half-sister, through their shared father, Michael Mitchell);
4. Shavonne Miles (half-sister, through their shared father, Michael Mitchell);
5. Michael Mitchell Miles (half-brother, through their shared father, Michael Mitchell);
6. Laquette Monique Miles (half-sister, through their shared father, Michael Mitchell);
7. Jamie Anthony Miles (half-brother, through their shared father, Michael Mitchell)

Virginia Code § 8-01-55 provides, in pertinent part:

> **"** that after the Court approves the compromise, and the parties in interest to not agree upon the distribution to be made of what has been or may be received by the personal representative under such compromise, or if any of them are incapable of making a valid agreement, the Court shall direct such distribution as a jury might direct under **Sect. 8.01-52** as to damages awarded by them…"

Pursuant to Virginia Code § 8.01-52**,** the amount of damages awarded may be awarded by the Court or a jury as it may seem fair and just and the verdict or judgment of the Court trying the case without a jury shall include, but may not be limited to **(as applicable in this case)** damages for the sorrow, mental anguish, and solace which may include society, companionship, comfort, guidance, kindly offices and advice of the decedent. *See*, Va. Code §8.01-52(1).

Virginia Courts have held that although Section 8.01-52 specifies the beneficiaries of an action for wrongful death, the Virginia statute places no dollar limit on the amount of compensation that may be awarded and that the only statutory admonition regarding the application of Section 8.01-52 is that damages be 'fair and just', a phrase entitled to a 'broad and liberal construction', suggests the boundaries of a damage award. *See, Hewitt v. Fireston Tire & Amp; Rubber Co.***,**

490 F. Supp. 1358 (E.D. Va. 1980); *Eisenhower v. Jeter*, 205 Va. 159, 164, 135 S.E.2d 786, 789 (1967). Virginia courts have repeatedly emphasized the discretion enjoyed by a Court or a jury in ascertaining the amount of recovery that is appropriate. *See, e.g., Matthews v. Hicks*, 197 Va. 112, 87 S.E.2d 629(1955); *Transit Corp. v. Edenton*, 170 Va. 361, 196 S.E. 648 (1938).

At the outset, it is important to note that the Louisiana and Texas Beneficiaries were never contacted regarding Jamycheal's medical condition just prior to his death and they had little advance notice of the date of Jamycheal's funeral. In fact, Jamycheal's half-siblings in Louisiana and Texas were never individually named in Jamycheal's Obituary but only referred to as "11 siblings in Thibodaux, LA" although that information could have readily been obtained from their father, Michael Mitchell. *See* the obituary attached hereto as **EXHIBIT 1.** Nor were the Louisiana and Texas Beneficiaries informed or invited to participate or even mentioned in any of the pre-trial publicity efforts that were so highly publicized in Virginia.

It should be noted that the Louisiana/Texas statutory beneficiaries participated in these proceedings prior to the settlement by submitting to depositions on September 25th, and 26th, 2018 in New Orleans and through their counsel of record, participating in Mediation Hearings held in Richmond, Virginia. Arguably, their participation in these proceedings at that stage, positively contributed to the amount of the ultimate settlement.

**MICHAEL MITCHELL**
**(Father of Jamycheal Mitchell):**

Named after his father, Michael Mitchell, Jamycheal M. Mitchell lived with his father and his mother Sonia Adams in north Thibodaux, Louisiana from birth until approximately age 4 when his parents physically separated **(See Deposition of Michael Mitchell, September 25, 2018, p13, lines 24-25; pp. 14-16; p. 17, lines 1-22) (Deposition of Lance Tucker, September 25, 2018,**

**p.32, lines 19-25, p.33, lines1-14); (Deposition of Shewanda Miles, September 26, 2018, p.30, lines20-25, p. 31, p. 32, lines1-5)**; (**Deposition of Rosa Mae Adams, September 6, 2018 p. 22, line 22, p.23 lines 1-7).** Jamycheal Mitchell lived in Thibodaux until age 16, at which time he moved to Virginia, along with his mother Sonia Adams in 2006.

Prior to moving to Virginia and thereafter, Jamycheal enjoyed a close relationship with his father, Michael Mitchell (**Deposition of Shawanda Miles, September 26, 2018, p.49, lines 15-21)**. Although he primarily lived with his maternal grandmother, Rosa Adams, while in Louisiana, he regularly visited and kept in touch with his father who lived with Yevette Harris on St. Bernard Street, just one street over from where Rosa Adams lived. **(See Deposition of Michael Mitchell, September 25, 2018, pp. 23-24, 25, lines 1-9).** During that time, Jamycheal would regularly visit with his father and while there, would talk and joke with his father, eat, watch television, and get his haircut by his father.**(Deposition of Lance Tucker, September 25, 2018, p.31, lines 12-25, p. 32, lines 1-17).** His father would also take Jamycheal fishing on many occasions (**Deposition of Michael Mitchell, September 25, 2018, p.87, lines8-25, p. 88, lines 1-25, p.89, lines 1-6).** Michael Mitchell also retained a close relationship with Rosa Adams, Jamycheal's maternal grandmother, visiting her home often both to see Jamycheal and discuss Jamycheal's behavior. Jamycheal also telephoned his father on a regular basis, both while living in Louisiana and when he relocated to Virginia (**Deposition of Michael Mitchell, September 25, 2018, p.36, lines 6-25; pp 37-39, p.40, lines 1-17**. He would often telephone his father expressing a desire to return to Louisiana to live with his father and maternal grandmother. See, Affidavit of Yvette Harris, attached hereto as (**EXHIBIT 2); and (Deposition of Michael Mitchell, September 25, 2018, p.27, lines 4-22; p.28, lines 1-3).** Numerous pictures of Michael Mitchell

with his son Jamycheal were destroyed in a fire that destroyed Michael Mitchell's home on or about December 25, 2017 (**Deposition of Michael Mitchell, September 25, 2018, p.101, lines 11-25, p. 102, lines 1-14).**

**LANCE TUCKER**
**(half-brother of Jamycheal Mitchell through father, Michael Mitchell)**

Jamycheal Mitchell was very close to and looked up to Lance Tucker, also a native of Thibodaux, Louisiana and who now resides in San Antonio, Texas.

When Jamycheal lived in Thibodaux, he would often visit Lance Tucker at Lance's home as well as Lance's workplace where he worked in the Meat Department at the L&N Supermarket in Thibodaux, LA. (**Deposition of Lance Tucker, September 25, 2018, p.33, lines 18-25, p. 42, lines 17-25, p.43, lines 1-4),** and when Lance worked at the Seafood Outlet in Thibodaux, LA (**Deposition of Lance Tucker, September 25, 2018, p.52, lines 3-25, p.53, lines 1-22, p.70-71, p 72, lines 1-6).** Even after Jamycheal moved to Virginia, he kept in touch with Lance Tucker by phone (**Deposition of Lance Tucker, p44, lines 18-25, p.45, p.46-47, p.48, lines 1-9, p. 64, lines 19-25, p.65, lines 1-25, p.66, lines 1-16).**

**SHEWANDA MILES**
**(half-sister of Jamycheal Mitchell through father Michael Mitchell)**

Shewanda Miles, born in January 1978, a native of Thibodaux, Louisiana currently resides in Gray, Louisiana, a small village located about a ten-minute drive west of Thibodaux, La. Jamycheal would visit with her when her father, Michael Mitchell, brought Jamycheal over to their home, accompanied by his mother, Sonia Adams (**Deposition of Shewanda Miles, September 26, 2018, p.14, lines 1-14, p. 17, lines 10-12, lines 16-21).** She also babysat Jamycheal (**Deposition of Shewanda Miles, September 26, 2018, p.l7, lines 22-25, p.18, lines 1-10, p.20**

**lines 4-25, p. 21, lines 1-7, p. 22, lines 6-25).** She remembers that Jamycheal loved toy cars (**Deposition of Shewanda Miles, September 26, 2018, p. 41, lines 1-25),** and she cared about him (**Deposition of Shewanda Miles, September 16, 2018, p. 1-25, p. 45, lines 10-25, p.46, line 1).** She was not told about Jamycheal's funeral. (**Deposition of Shewanda Miles, September 16, 2018, p. 29, lines 11-25, p. 30, lines 1-10).**

**MICHAEL MITCHELL MILES**
**(Half Brother, through Michael Miles)**

Michael Mitchell Miles, born in January, 1979 and a native of Thibodaux, Louisiana, currently resides in Austin, Texas. His mother is also the mother of Laquette Miles, Shawanda Miles, Shavonne Miles, and Jamie Miles. He recalls Jamycheal visiting them when his family lived in Thibodaux. **(Deposition of Michael Mitchell Miles, September 25, 2018, p.14, lines 23-25).** In later years, he would keep in touch with Jamycheal (**Deposition of Michael Mitchell Miles, September 25, 2018, p.24, lines24-25; p. 25, lines 1-5, lines 15-25, p.26, p.27, lines 14-25, p.28, p. 30, 31 lines 1-14; p.33, lines 14-17, p. 56, lines 2-12,24-25, p. 57, lines 1-18)** He also was not made aware of Jamycheal's Funeral arrangements (**Deposition of Michael Mitchell Miles, September 25, 2018, p.15-17).**

**JAMIE ANTHONY MILES**
**(half- brother, through Michael Mitchell)**

Jamie Anthony Miles, a native of Thibodaux, Louisiana, resides in Houma, Louisiana, located approximately 20 miles west of Thibodaux, Louisiana. Jamycheal's mother, Sonia Adams recalls Jamycheal talking about Jamie Miles and Lance Tucker. (**Deposition of Sonia R. Adams,**

**September 5, 2018, p.96, lines 4-22, p. 97, lines 1-2, 16-22, p.98, line 1).** It is clear that Jamycheal and Jamie had a close relationship.

**SHAVONNE MILES**
**(half-sister, through Michael Mitchell)**

Shavonne Miles, born in October, 1981, is a native of and has lived in Thibodaux, Louisiana all of her life. She remembers her father Michael Mitchell bringing Jamycheal to their home; (**Deposition of Shavonne Miles, September 26, 2018, p. 16, lines 1-25, p.17, lines 1-9; p.18 lines 15-25; p.19, p. 20, lines 8-25; p.22, lines 5-21)**, often coming in contact him in the Midland Community; (**Deposition of Shavonne Miles, September 26, 2018, p.23, lines 1-18; p.24, lines 14-20; p.27, lines 8-25, p. 28, lines 2-7; p.30, line 25, p.31, lines 1-20);** being devastated when she learned of Jamycheal's death (**Deposition of Shavonne Miles, September 26, 2018, p.37, lines 19-25; p. 38, lines 1-25; p. 39, lines 1-11; p. 45, lines 6-25, p. 46, lines 1-25; p.50, lines 14-25; p. 51, lines 1-6)**; how Jamycheal's death has brought her siblings closer together (**Shavonne Miles, September 26, 2018, p.2-21);** and her memories of Jamycheal (**Deposition of Shavonne Miles, September 26, 2018, p. 51, lines 7-22).**

**LAQUETTE MONIQUE MILES**
**(Half-Sister, by Michael Mitchell)**

Laquette Monique Miles, a native of Thibodaux was born in March, 1983 and lives in Schriever, LA, on the outskirts of Thibodaux, LA. She remembers her father Michael Mitchell bringing Jamycheal to her mother's home to visit. (**Deposition of Laquette Monique Miles, September 25, 2018, p. 16, lines 1-4, 22-23).** She would also see Jamycheal when her family lived

in the Midland Community (**Deposition of Laquette Monique Miles, September 25, 2018, p.17, lines 15-25; p.28). S**he knew Jamycheal's mom, Sonia Adams (**Deposition of Laquette Monique Miles, September 25, 2018, p. 20, lines 4-21)** and was shocked upon learning of Jamycheal's death (**Deposition of Laquette Monique Miles, September 25, 2018, p.24, lines 24-25; p.25, lines 1-18)**.

## CONCLUSION

The evidence shows that although Michael Mitchell and Sonia Mitchell had human flaws such as drug use and incarceration, they both loved Jamycheal Mitchell.

While Jasmine Adams considers herself to be Jamycheal's only sister (**Deposition of Jasmine Adams, September 5, 2018, p.15, lines 10-11; p.33, lines 8-22)**, she shares the same legal status as the children of Michael Mitchell. They are all half-siblings. Like the Mitchell/Miles children, she had close contact with Jamycheal for a few years when he and she both lived with their maternal grandmother, Rosa Adams. She was much older than Jamycheal and after graduating High School, attended Grambling State University, located approximately 280 miles from Thibodaux, LA, for two years from 2004-2006 (**Deposition of Jasmine Adams, September 5, 2018, p.12, lines 3-10)**. Jamycheal Mitchell and his mother Sonia Mitchell moved to Virginia in 2006 (**Deposition of Jasmine Adams, September 5, 2018, p.17, lines 6-22).** She then pursued a modeling and bodybuilding career that required her to travel often. She lived in Miami, Florida from 2006-2008 (**Deposition of Jasmine Adams, September 5, 2018, p.12, lines 20-21)**, then moved to Atlanta, GA (**Deposition of Jasmine Adams, September 5, 2018, p. 13, lines 19-20),** where she resided until just recently relocating to Texas. The only real time that Jasmine spent in

Portsmouth, Va., was for 3-4 months in August 2017 after Jamycheal's death and in her own language, the purpose of that stay was "because I wanted to show my face here. I wanted people to see who I was. I wanted people to see I was his sister…" **(Deposition of Jasmine Adams, September 5, 2018, p.121, lines 10-22).**

Just like the Mitchell/Miles siblings of Jamycheal, Jasmine had little direct contact with Jamycheal after she left for college and even less when he moved to Virginia. Much like the Mitchell/Miles siblings, she kept in contact with Jamycheal by phone. To suggest she had a far closer relationship to Jamycheal than the Mitchell/Miles siblings is only self-serving.

In summary, all of the beneficiaries should be treated alike and the settlement proceeds should be distributed among them equally.

**WITNESS LIST:**

1. Michael Mitchell (Father of Jamycheal M. Mitchell);
2. Lance Tucker (half-brother, through their shared father, Michael Mitchell);
3. Shewanda Miles (half-sister, through their shared father, Michael Mitchell);
4. Shavonne Miles (half-sister, through their shared father, Michael Mitchell);
5. Michael Mitchell Miles (half-brother, through their shared father, Michael Mitchell);
6. Laquette Monique Miles (half-sister, through their shared father, Michael Mitchell);
7. Jamie Anthony Miles (half-brother, through their shared father, Michael Mitchell);
8. Yvette Harris;
9. Devona Chambers Gunn; and
10. Francis P. Chambers.

**EXHIBIT LIST:**

1. Obituary of Jamycheal Mitchell, attached hereto as Exhibit 1;

2. Affidavit of Yvette Harris, attached hereto as Exhibit 2;

3. Photos of Jasmine Adams depicting all of her tattoos, attached hereto as Exhibit 3;

4. Jasmine Adams "Go Fund Me" Advertisement on Facebook purportedly to finance Jamycheal's Funeral Expenses, attached hereto as Exhibit 4.

5. Excerpts of Deposition of Sonia Adams;

6. Excerpts of Deposition of Rosa Adams;

7. Excerpts of Deposition of Michael Mitchell;

8. Excerpts of Deposition of Shewanda Miles;
\
9. Excerpts of Deposition of Laquette Miles;

10. Excerpts of Deposition of Jasmine Adams;

11. Excerpts of Deposition of Shavonne Miles;

12. Excerpts of Deposition of Lance Tucker;

13. Excerpts of Deposition of Michael Miles.

Respectfully submitted,

By: s/ Richard F. Hawkins, III
Virginia Bar Number: 40666
The Hawkins Law Firm, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirm.net

Anthony P. Lewis,
Admitted *pro hac vice*
Law Offices of Anthony P. Lewis

Louisiana Bar Roll No. 17318
307 St. Philip Street
Thibodaux, Louisiana 70301
(985) 448-3612 (telephone)
(985) 448-3640 (facsimile)
Email: attyalewis17319@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following:

Mark Krudys
The Krudys Law Firm, PLC
SunTrust Center
919 East Main Street, Suite 2020
Richmond, VA 23219
Counsel for Plaintiff

Gregory F. Holland, Esq.
Dov Szego, Esq.
Setliff & Holland, P.C.
4040 Dominion Boulevard
Glen Allen, Virginia 23060
gholland@setliffholland.com: DSzego@setlifflaw.com
Counsel for Defendant Hart

Jeff W. Rosen, Esq.
Lisa Ehrich, Esq.
Jeffrey Hunn, Esq.
Pender & Coward
222 Central Park Ave., Suite 400
Virginia Beach, VA 23462
jrosen@pendercoward.com; lehrich@pendercoward.com; jhunn@pendercoward.com
Counsel for Defendants HRRJA, HRRJ, Supt. Simons, Asst. Supt. Taylor, Officer Gibbs, Officer Hilliard, Officer Keister, Officer Powell, MJO Smith, MJO Johnson, St. Everette, Sgt. Phillips, Lt. Madison, Capt. Cowan

Edward J. McNelis, III, Esq.
Grace Morse-McNelis, Esq.
Christopher F. Quirk, Esq.
Ruth T. Griggs, Esq.
Sands Anderson
P.O. Box 1988
Richmond, VA 23218
EMcNelis@sandsanderson.com; CQuirk@sandsanderson.com
GMorseMcNelis@sandsanderson.com; RGriggs@sandsanderson.com
Counsel for Defendant Naphcare and Kolongo, MD; Edwards, LCSW; Ray, NP-Psych:

Ngwa, NP; Johns, RN; Thomas, RN, HAS; Rivers, LPN; Nicholson, MA; Murphy;

Marshall H. Ross, Esq, Senior Assistant Attorney General
Alexander K. Page, Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA   23219
Apage@oag.state.va.us; MRoss@oag.state.va.us
Counsel for Defendant Boyd

David P. Corrigan, Esq.
Jeremy D. Capps, Esq.
Leslie A. Winneberger, Esq.
Douglas E. Pittman Esq.
Harman, Clayton, Corrigan & Wellman
P.O. Box 70280
Richmond, VA   23255
dcorrigan@hccw.com; dpittman@hccw.com
Counsel for Defendant Ferguson

Williams W. Tunner, Esq.
Mark R. Colombell, Esq.
Michael G. Matheson, Esq.
William D. Prince, IV Esq.
Thompson McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
wtunner@t-mlaw.com; mcolombell@t-mlaw.com
mmatheson@t-mlaw.com; wprince@t-mlaw.com
Counsel for Defendants Officer Barnes, Officer Blakely, Office Bourne, Officer Brown, Officer Butcher, MJO Dixon, Sgt. Epperson, Officer Whitaker, Sgt. S. Whitehead and Lt. R. Whitehead

Michael Goodove Esq.
Swartz, Taliaferro, Swartz & Goodive
220 West Freemason Street
Norfolk, Virginia 23510
mike@goodove.com
Ros R. Willis, Esq.
INMAN & STRICKLER, P.L.C.
575 Lynnhaven Parkway, Suite 200
Virginia Beach, VA   23452-7350
Telephone (757) 486-7055
Facsimile: (757) 431-0410

Counsel for beneficiary Sonia Adams

/S/ Richard F. Hawkins, III
Virginia Bar Number: 40666
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirm.net