UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ROXANNE ADAMS, ADMINISTRATOR OF
THE ESTATE OF JAMYCHEAL M. MITCHELL,
Deceased,

        Plaintiff,

v.                                                            Case No.:  2:16-cv-229

NAPHCARE, INC., *et al.,*

        Defendants.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Sonia Adams, by counsel, and pursuant to §8.01-55 of the Code of Virginia, as amended, files herewith a Distribution Order which has been endorsed by all beneficiaries and their counsel.  On Friday, April 26, 2019, the beneficiaries of the Estate of Jamycheal Mitchell convened for a mediation and with the assistance of the Honorable F. Bradford Stillman (Ret.) were able to come to an agreement as to the distribution of the wrongful death settlement proceeds.  Sonia Adams, by counsel, will also hand deliver the original Distribution Order to the Clerk.  The parties request this Honorable Court enter the Distribution Order or notify the parties if a hearing is required.

                                                           Respectfully submitted,

                                                           SONIA ADAMS

                                                           By: _____/s/ Ros R. Willis_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April 2019, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of the filing to the following:

Anthony Lewis, Esq.
Law Office of Anthony P. Lewis
307 St. Philip Street
Thibodaux, LA 70301
Attyalewis17318@aol.com

Richard F. Hawkins, III, Esq.
The Hawkins Law Firm, P.C.
2222 Monument Avenue
Richmond, VA 23220
rhawkins@thehawkinslawfirm.net

*Counsel for beneficiaries Michael Mitchell, Lance Tucker, Laquette Miles, Michael Miles, Shavonne Miles, Shewanda Miles and Jamie Miles*

Gregory F. Holland, Esq.
Dov Szego, Esq.
Setliff Law
4940 Dominion Boulevard
Glen Allen, VA 23060
gholland@setlifflaw.com
dszego@setlifflaw.com
*Counsel for Defendant Hart*

Jeff W. Rosen, Esq.
Lisa Ehrich, Esq.
Jeffrey Hunn, Esq.
Pender & Coward
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
jrosen@pendercoward.com
lehrich@pendercoward.com
jhunn@pendercoward.com
*Counsel for Defendants HRRJA, HRRJ, Supt. Simons, Asst. Supt. Taylor, Officer Gibbs, Officer Hilliard, Officer Keister, Officer Powell, MJO Smith, MJO Jounson, Sgt. Everette, Sgt. Phillips, Lt. Madison, Capt. Cowan*

Edward J. McNelis, III, Esq.
Grace Morse-McNelis, Esq.
Christopher F. Quirk, Esq.
Ruth T. Griggs, Esq.
Sands Anderson
P.O. Box 1998
Richmond, VA 23218
EMcNelis@sandsanderson.com
GMorseMcNelis@sandsanderson.com
CQuirk@sandsanderson.com
RGriggs@sandsanderson.com
*Counsel for Defendants NaphCare; Kolongo, MD; Edwards, LCSW; Ray, NP-Psych; Ngwa, NP; Johnson, RN; Thomas, RN, HAS; Rivers, LPN; Nicholson, MA; Murphy, MSW*

Alexander K. Page, Esq., Assistant Attorney General
Marshall H. Ross, Esq., Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Apage@oag.state.va.us
MRoss@oag.state.va.us
*Counsel for Defendant Boyd*

David P. Corrigan, Esq.
Jeremy D. Capps, Esq.
Leslie A. Winneberger, Esq.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
dcorrigan@hccw.com
jcapps@hccw.com
lwinneberger@hccw.com
dpittman@hccw.com
*Counsel for Defendant Ferguson*

William W. Tunner, Esq.
Mark R. Colombell, Esq.
Michael G. Matheson, Esq.
William D. Prince, IV, Esq.
Thompson McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219
wtunner@t-mlaw.com
mcolombell@t-mlaw.com
mmatheson@t-mlaw.com
wprince@t-mlaw.com

*Counsel for Defendants Officer Barnes, Officer Blakely, Officer Bourne, Officer Brown, Officer Butcher, MJO Dixon, Sgt. Epperson, Officer Whitaker, Sgt. S. Whitehead and Lt. R. Whitehead*

Michael Goodove, Esq.
Elizabeth K. Ufkes, Esq.
Swartz, Taliaferro, Swartz & Goodove
220 West Freemason Street
Norfolk, VA 23510
mike@goodove.com
beth@stsg-law.com
*Counsel for beneficiary Jasmine Adams*

Mark J. Krudys, Esq.
The Krudys Law Firm, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Mkrudys@krudys.com
*Counsel for Plaintiff Roxanne Adams, Administrator of the Estate of Jamycheal M. Mitchell, Deceased*

Date:  04/30/2019

       /s/ Ros R. Willis
Ros R. Willis, Esq. (VSB:  31522)
INMAN & STRICKLER, PLC
575 Lynnhaven Parkway, Suite 200
Virginia Beach, VA 23452
757-486-7055 (phone)
757-431-0410 (fax)
rwillis@inmanstrickler.com (Email)
*Counsel for Sonia Adams*