IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

ROXANNE ADAMS, ADMINISTRATOR
OF THE ESTATE OF JAMYCHAEL M.
MITCHELL, deceased,

      Plaintiff,

v.                                                Civil Action No.: 2:16cv229

NAPHCARE, INC., et al.,

      Defendants.

## DISTRIBUTION ORDER

CAME NOW THE STATUTORY BENEFICIARIES, by counsel, along with the Administrator of the Estate, Roxanne Adams, at a mediation conducted by the Honorable F. Bradford Stillman on April 26, 2019 and consent to the distribution of the remaining settlement proceeds totaling $1,938,314.23 as follows:

    To Sonia Adams, mother of Jamychael M. Mitchell, the amount of $818,572.83;

    To Jasmine Adams, half-sister of Jamychael M. Mitchell, the amount of $669,741.40;

    To Michael Mitchell, father of Jamychael M. Mitchell, the amount of $64,285.74;

    To Lance Tucker, half-brother of Jamychael M. Mitchell, the amount of $64,285.71;

    To Shewanda Miles, half-sister of Jamychael M. Mitchell, the amount of $64,285.71;

    To Shavonne Miles, half-sister of Jamychael M. Mitchell, the amount of $64,285.71;

    To Michael Mitchell Miles, Jr., half-brother of Jamychael M. Mitchell, the amount of $64,285.71;

    To Jamie Anthony Miles, half-brother of Jamychael M. Mitchell, the amount of $64,285.71;

    To Laquette Monique Miles, half-sister of Jamychael M. Mitchell, the amount of $64,285.71;

Attorney's fees and costs are to be paid out of each beneficiary's settlement share by the Administrator of the Estate, Roxanne Adams. By endorsing this order, the statutory beneficiaries agree that they have been properly convened and agree to this distribution pursuant to Virginia Code Section 8.01-55.

                              ENTERED this _____ day of _____2019.

                                                    _____
                                                     Judge Rebecca Beach Smith

_____
Jamie Anthony Miles, half-brother of Jamychael Mitchell

_____
Roxanne Adams, Administrator of the Estate

_____
Ros Willis, Esq. – counsel for Sonia Adams

_____
Keith Denslow, Esq. – counsel for Sonia Adams

_____
Michael Goodove, Esq. – counsel for Jasmine Adams

_____
Elizabeth K. Ufkes, Esq. – counsel for Jasmine Adams

_____
Richard F. Hawkins, III, Esq. – counsel for Michael Mitchell and paternal half-siblings

_____
Anthony Lewis, Esq. – counsel for Michael Mitchell and paternal half-siblings

SEEN AND AGREED TO:

_____
Sonia Adams, mother of Jamychael Mitchell


_____
Michael Mitchell, father of Jamychael Mitchell


_____
Jasmine R. Adams, half-sister of Jamychael Mitchell


_____
Lance Tucker, half-brother of Jamychael Mitchell


_____
Shewanda Miles, half-sister of Jamychael Mitchell


_____
Shavonne Miles, half-sister of Jamychael Mitchell


_____
Michael Mitchell Miles, Jr., half-brother of Jamychael Mitchell


_____
Laquette Monique Miles, half-brother of Jamychael Mitchell