IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

ROXANNE ADAMS, ADMINISTRATOR
OF THE ESTATE OF JAMYCHAEL M.
MITCHELL, deceased,

        Plaintiff,

v.

        Civil Action No.: 2:16cv229

NAPHCARE, INC., et al.,

        Defendants.

FILED
IN OPEN COURT

MAY 1 6 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**DISTRIBUTION ORDER**

CAME NOW THE STATUTORY BENEFICIARIES, by counsel, along with the Administrator of the Estate, Roxanne Adams, at a mediation conducted by the Honorable F. Bradford Stillman on April 26, 2019 and consent to the distribution of the remaining settlement proceeds totaling $1,938,314.23 as follows:

To Sonia Adams, mother of Jamychael M. Mitchell, the amount of $818,572.83;

To Jasmine Adams, half-sister of Jamychael M. Mitchell, the amount of $669,741.40;

To Michael Mitchell, father of Jamychael M. Mitchell, the amount of $64,285.74;

To Lance Tucker, half-brother of Jamychael M. Mitchell, the amount of $64,285.71;

To Shewanda Miles, half-sister of Jamychael M. Mitchell, the amount of $64,285.71;

To Shavonne Miles, half-sister of Jamychael M. Mitchell, the amount of $64,285.71;

To Michael Mitchell Miles, Jr., half-brother of Jamychael M. Mitchell, the amount of $64,285.71;

To Jamie Anthony Miles, half-brother of Jamychael M. Mitchell, the amount of $64,285.71;

To Laquette Monique Miles, half-sister of Jamychael M. Mitchell, the amount of $64,285.71;

Attorney's fees and costs are to be paid out of each beneficiary's settlement share by the Administrator of the Estate, Roxanne Adams. By endorsing this order, the statutory beneficiaries agree that they have been properly convened and agree to this distribution pursuant to Virginia Code Section 8.01-55.

ENTERED this ___16___ day of ___May___ 2019.

Judge Rebecca Beach Smith

___/s/___
Rebecca Beach Smith
United States District Judge

SEEN AND AGREED TO:

Sonia Adams, mother of Jamychael Mitchell

Michael Mitchell, father of Jamychael Mitchell

Jasmine R. Adams, half-sister of Jamychael Mitchell

Lance Tucker, half-brother of Jamychael Mitchell

Shewanda Miles, half-sister of Jamychael Mitchell

Shavonne Miles, half-sister of Jamychael Mitchell

Michael Mitchell Miles, Jr., half-brother of Jamychael Mitchell

Laquette Monique Miles, half-brother of Jamychael Mitchell

_____
Jamie Anthony Miles, half-brother of Jamychael Mitchell

_____
Roxanne Adams, Administrator of the Estate

_____
Ros Willis, Esq. – counsel for Sonia Adams

_____
Keith Denslow, Esq. – counsel for Sonia Adams

_____
Michael Goodove, Esq. – counsel for Jasmine Adams

_____
Elizabeth K. Ufkes, Esq. – counsel for Jasmine Adams

_____
Richard F. Hawkins, III, Esq. – counsel for Michael Mitchell and paternal half-siblings

_____
Anthony Lewis, Esq. – counsel for Michael Mitchell and paternal half-siblings

SEEN AND AGREED TO:

_____
Sonia Adams, mother of Jamychael Mitchell


_____
Michael Mitchell, father of Jamychael Mitchell


_____
Jasmine R. Adams, half-sister of Jamychael Mitchell


_____
Lance Tucker, half-brother of Jamychael Mitchell


_____
Shewanda Miles, half-sister of Jamychael Mitchell


_____
Shavonne Miles, half-sister of Jamychael Mitchell


_____
Michael Mitchell Miles, Jr., half-brother of Jamychael Mitchell


_____
Laquette Monique Miles, half-brother of Jamychael Mitchell



_Jamie Anthony Miles_

Jamie Anthony Miles, half-brother of Jamychael Mitchell

_____

Roxanne Adams, Administrator of the Estate

_____

Ros Willis, Esq. – counsel for Sonia Adams

_____

Keith Denslow, Esq. – counsel for Sonia Adams

_____

Michael Goodove, Esq. – counsel for Jasmine Adams

_____

Elizabeth K. Ufkes, Esq. – counsel for Jasmine Adams

_____

Richard F. Hawkins, III, Esq. – counsel for Michael Mitchell and paternal half-siblings

_____

Anthony Lewis, Esq. – counsel for Michael Mitchell and paternal half-siblings

DocuSign Envelope ID: A2DD6815-FBDB-4312-BF2C-08C15F2DD1CF



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

ROXANNE ADAMS, ADMINISTRATOR OF
THE ESTATE OF JAMYCHEAL M. MITCHELL,

Plaintiff,

v.

CIVIL ACTION NO. ~~3:16-cv-229~~ 2:16cv229

NAPHCARE, INC., et al.,

Defendants

---

## DECLARATION VERIFYING SIGNATURE AUTHENTICITY

---

I, Anthony P. Lewis, attorney for the statutory beneficiaries, Lance Tucker, Michael Mitchell Miles and Jamie Miles, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the signatures of Lance Tucker, Michael Mitchell Miles and Jamie Miles that are attached to the Proposed Distribution Order filed herein are, in fact, their respective original signatures.

Submitted by the undersigned, this 15th day of May, 2019, at Thibodaux, Lafourche Parish, Louisiana.

Respectfully Submitted:

DocuSigned by:

*Anthony Lewis*

DE58D50E532C4CB...

Anthony P. Lewis
Attorney at Law
Louisiana Bar Roll No. 17318
307 St. Philip Street
Thibodaux, LA  70301
Louisiana Bar Roll No. 17318